UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Docket No.: <br> 21 MC 102 (AKH) |
| KATTIA VAZQUEZ, <br><br> Plaintiffs, <br><br> - against - <br><br> WESTON SOLUTIONS, INC., *et al*, <br><br> Defendants. | Case No.: <br> 07-CV-1722-AKH <br><br><br> NOTICE OF APPEARANCE BY DEFENDANT <u>WESTON SOLUTIONS, INC.</u> |

-------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

    PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below. The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
       January 2, 2008

3056877.1

2

                                      Yours etc.,

                  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


                          By: _/s/ Jason Harrington_____
                               Jason Harrington (JH7273)
                               Attorneys for Defendant
                               Weston Solutions, Inc.
                               150 E 42nd Street
                               New York, NY 10017
                               (212) 490-3000 (p)
                               (212) 490-3038 (f)


To: All parties via ECF