UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

----------------------------------------------------------------X

KATTIA VAZQUEZ (AND HUSBAND, PETER : 07-CV-01722-AKH
VAZQUEZ),

                        Plaintiffs,    :    **APPEARANCE**

     - against -    :    **ELECTRONICALLY FILED**

90 CHURCH STREET LIMITED
PARTNERSHIP LLC, *et al.*,

                        Defendants.
----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York            DICKSTEIN SHAPIRO LLP
       January 18, 2008

                       By:    /s/ Judith R. Cohen
                                        _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.