UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
IN RE: LOWER MANHATTAN DISASTER SITE  :
LITIGATION  :    21 MC 102 (AKH)
:
:
:
-------------------------------------------------------------- X
:
KATTIA VAZQUEZ (AND HUSBAND, PETER  :
VAZQUEZ),  :    07-CV-1722 (AKH)
:
:
Plaintiffs,  :
:
-against-  :
:    **FGP 90 WEST STREET,**
90 CHURCH STREET LIMITED PARTNERSHIP  :    **INC.'S NOTICE OF**
C/O CT CORPORATION SYSTEM, ALAN  :    **ADOPTION OF ANSWER TO**
KASMAN DBA KASCO, AMBIENT GROUP,  :    **MASTER COMPLAINT**
INC., ANN TAYLOR STORES CORPORATION,  :
BANKERS TRUST COMPANY, BATTERY PARK  :
CITY AUTHORITY, BELFOR USA GROUP, INC.,  :
BLACKMON-MOORING-STEAMATIC  :
CATASTROPHIC, INC., D/B/A BMS CAT,  :
BOSTON PROPERTIES, INC., BROOKFIELD  :
FINANCIAL PROPERTIES, INC., BROOKFIELD  :
FINANCIAL PROPERTIES, LP, BROOKFIELD  :
PARTNERS, LP, BROOKFIELD PROPERTIES  :
CORPORATION, BROOKFIELD PROPERTIES  :
HOLDINGS, INC, BT PRIVATE CLIENTS CORP.,  :
DEUTSCHE BANK TRUST COMPANY  :
AMERICAS, DEUTSCHE BANK TRUST  :
COMPANY, DEUTSCHE BANK TRUST  :
CORPORATION, ENVIROTECH CLEAN AIR,  :
INC., FGP 90 WEST STREET INC., GPS  :
ENVIRONMENTAL CONSULTANTS, INC.,  :
HILLMAN ENVIRONMENTAL GROUP, LLC,  :
INDOOR ENVIRONMENTAL TECHNOLOGY,  :
INC., KASCO RESTORATION SERVICES CO.,  :
KIBEL COMPANIES, MERRILL LYNCH & CO,  :
INC., NOMURA HOLDING AMERICA, INC.,  :
NOMURA SECURITIES INTERNATIONAL, INC.,  :
STRUCTURE TONE (UK), INC., STRUCTURE  :
TONE GLOBAL SERVICES, INC.,  :

NEWY1\8194768.1

```
THE BANK OF NEW YORK TRUST COMPANY          :
NA, THE CITY UNIVERSITY OF NEW YORK,        :
TISHMAN INTERIORS CORPORATION,              :
TOSCORP INC., TUCKER ANTHONY, INC.,         :
TULLY CONSTRUCTION CO., INC., TULLY         :
INDUSTRIES, INC., WESTON SOLUTIONS, INC.,   :
WFP TOWER A CO. G.P. CORP., WFP TOWER A     :
CO., WFP TOWER A CO., L.P., WFP TOWER B     :
CO. G.P. CORP, WFP TOWER B. HOLDING CO.,    :
LP, WFP TOWER B CO. , L.P., WFP TOWER D.    :
CO. G.P. CORP., WFP TOWER D. HOLDING CO.    :
I L.P., WFP TOWER D. HOLDING CO. II L.P.,   :
WFP TOWER D HOLDING I G.P. CORP., and       :
WFP TOWER D CO., L.P.,                      :
                                            :
                      Defendants.           :
-------------------------------------------- X
```

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8194768.1

Dated: New York, New York.
February 6, 2008

           By:    s/ Keara M. Gordon
                Keara M. Gordon (KMG 2323)
                Michael D. Hynes (MH 5086)
                DLA PIPER US LLP
                1251 Avenue of the Americas
                New York, New York 10020-1104
                Phone: (212) 335-4500
                Facsimile: (212) 335-4501

                Robert J. Mathias (*pro hac vice
                application pending)
                The Marbury Building
                6225 Smith Avenue
                Baltimore, MD 21209-3600
                Phone: (410) 580-3000
                Fax: (410) 580-3001

                *Attorneys for Defendant*
                *FGP 90 West Street, Inc.*

NEWY1\8194768.1